## Mills Novelty Company's Appeal.

Argued September 26, 1934. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

450

452

456

458

460

*Thomas Caldwell,* of *Caldwell, Fox & Stoner,* with him *J. Kennard Weaver,* for appellant.

*Thomas B. K. Ringe,* with him *James Hall Prothero, Ernest Lowengrund,* Assistant City Solicitors, *David J. Smyth,* City Solicitor of Philadelphia, *John H. Maurer,* Assistant District Attorney, and *Charles F. Kelley,* District Attorney of Philadelphia, for appellee.

PER CURIAM, November 26, 1934:

The opinion in this case of Judge CUNNINGHAM of the Superior Court is so full and comprehensive, concerning every feature of the controversy requiring discussion, that nothing additional to the statements therein contained need be said.

Upon that opinion the judgment and order of the Superior Court is affirmed.